STATE OF NEW JERSEY v. ROBERT ROY RICHARDSON.

March 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS KOREN AND CHARLES SONNTAG AND MICHELE SONNTAG.

March 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. EDWARD BERMEL.

March 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. GERALDO GRAJALES.

March 28, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT THORPE.

March 28, 1983.

Petition for certification denied.